

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-21-00025-CV

## IN RE TODD WARREN ALTSCHUL

---

## Original Proceeding

## From the 74th District Court
## McLennan County, Texas
## Trial Court No. 2402-J

---

## MEMORANDUM OPINION

---

Relator's Amended Petition for Writ of Mandamus, filed on February 22, 2021, is dismissed as moot. Respondent has acted on Relator's motion which is the subject of the mandamus.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Scoggins[1]
Petition dismissed
Opinion delivered and filed March 3, 2021
[OT06]

---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.